IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEDRA JOHNSON, | ) |
| Plaintiff, | ) Case No. 1:17-cv-09215 |
| v. | ) |
| DAVIS STAFFING, INC. AND TOWER AUTOMOTIVE OPERATIONS USA I, LLC, | ) |
| Defendants. | ) |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**COMES NOW** the above captioned parties, Plaintiff, Nedra Johnson, by and through her Attorneys, Charles Burns and Sherrie E. Voyles of Jacobs, Burns, Orlove & Hernandez; Defendant, Davis Staffing, Inc. (hereinafter "Davis"), by and through its Attorney, Joseph H. Laverty of Wessels Sherman Joerg Liszka Laverty Seneczko P.C. and Tower Automotive Operations USA I, LLC (hereinafter "Tower"), by and through its Attorneys, Ryan N. Parsons and Patrick J. McMahon of Foley & Lardner LLP, and state to this Court that all matters in dispute between the parties in the above-captioned lawsuit have been satisfactorily compromised and settled:

**THEREFORE**, the parties request the following:

1. For the above-captioned cause and any amendments thereto to be dismissed with prejudice without costs and/or fees to any party, all costs and/or fees having been paid.

2. That the attached Proposed Order, which all parties have approved, be entered with this Court.

3. For such other and further relief this Court deems just and equitable.

Respectfully Submitted,

By: /s/ Sherrie E. Voyles
Sherrie E. Voyles
Jacobs, Burns, Orlove & Hernandez
150 N. Michigan Ave., Suite 1000
Chicago, IL 60601
Phone: (312) 372-1646
Email: svoyles@jbosh.com

**ATTORNEY FOR PLAINTIFF**

By: /s/ Joseph H. Laverty
Joseph H. Laverty
Attorney ID: 6220651
Wessels Sherman Joerg Liszka
Laverty Seneczko, P.C.
101 West Second Street, Suite 307
Davenport, IA 52801
Telephone: 563-333-9102
Fax: 563-333-9105
Email: jolaverty@wesselssherman.com
**ATTORNEY FOR DEFENDANT,
DAVIS STAFFING, INC.**

By: /s/ Charles Burns
Charles Burns
Jacobs, Burns, Orlove & Hernandez
150 N. Michigan Ave., Suite 1000
Chicago, IL 60601
Phone: (312) 372-1646
Email: cburns@jbosh.com

**ATTORNEY FOR PLAINTIFF**

By: /s/ Ryan N. Parsons
Ryan N. Parsons,
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Email: rparsons@foley.com
**ATTORNEY FOR DEFENDANT, TOWER
AUTOMOTIVE OPERATIONS USA I, LLC.**

By: /s/ Patrick J. McMahon
Patrick J. McMahon
Foley & Lardner LLP
321 North Clark Street Suite 2800
Chicago, IL 60654
Phone: (312) 832-4576
Email: pmcmahon@foley.com
**ATTORNEY FOR DEFENDANT, TOWER
AUTOMOTIVE OPERATIONS USA I, LLC.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEDRA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:17-cv-09215 |
| | ) |
| v. | ) |
| | ) |
| DAVIS STAFFING, INC. AND TOWER | ) |
| AUTOMOTIVE OPERATIONS USA I, LLC, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned, by his signature below, hereby certifies that a true and correct copy of the **JOINT DISMISSAL WITH PREJUDICE and THIS CERTIFICATE OF SERVICE** were filed electronically with the Clerk of Court through the ECF System on this 12th day of September, 2018, which provides service upon the following individuals:

Sherrie E. Voyles
Charles Burns
Jacobs, Burns, Orlove & Hernandez
150 N. Michigan Ave., Suite 1000
Chicago, IL 60601
Phone: (312) 372-1646
Email: svoyles@jbosh.com
Email: cburns@jbosh.com

Ryan N. Parsons,
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Email: rparsons@foley.com

Patrick J. McMahon
Foley & Lardner LLP
321 North Clark Street Suite 2800
Chicago, IL 60654
Phone: (312) 832-4576
Email: pmcmahon@foley.com

/s/ Joseph H. Laverty
Joseph H. Laverty

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEDRA JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVIS STAFFING, INC. AND TOWER ) <br> AUTOMOTIVE OPERATIONS USA I, LLC, ) <br> ) <br> Defendants. ) | Case No. 1:17-cv-09215 |

## ORDER DISMISSING CASE WITH PREJUDICE

**IT IS ORDERED** that the above-captioned matter filed by Nedra Johnson, Case No. 1:17-cv-09215, along with any amendments thereto, is hereby dismissed with prejudice without costs and/or fees to any party, all costs and/or fees having been paid by each respective party.

DATED: _____        _____
                                                                    JUDGE

Prepared by:

Joseph H. Laverty
WESSELS SHERMAN JOERG LISZKA
LAVERTY SENECZKO P.C.
101 West Second Street, Suite 307
Davenport, IA 52801
Telephone: (563) 333-9102
Fax: (563) 333-9105
Email: jolaverty@wesselssherman.com

1

Approved as to form and content:

<div style="columns:2">

Sherrie E. Voyles  
Charles Burns  
Jacobs, Burns, Orlove & Hernandez  
150 N. Michigan Ave., Suite 1000  
Chicago, IL 60601  
Phone: (312) 372-1646  
Email: svoyles@jbosh.com  
Email: cburns@jbosh.com  

Ryan N. Parsons,  
Foley & Lardner LLP  
777 East Wisconsin Avenue  
Milwaukee, WI 53202-5306  
Email: rparsons@foley.com  

Patrick J. McMahon  
Foley & Lardner LLP  
321 North Clark Street Suite 2800  
Chicago, IL 60654  
Phone: (312) 832-4576  
Email: pmcmahon@foley.com  

</div>

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEDRA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:17-cv-09215 |
| ) | |
| v. ) | |
| ) | |
| DAVIS STAFFING, INC. AND TOWER ) | |
| AUTOMOTIVE OPERATIONS USA I, LLC, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

The undersigned, by his signature below, hereby certifies that a true and correct copy of **ORDER DISMISSING CASE WITH PREJUDICE and THIS CERTIFICATE OF SERVICE** were filed electronically with the Clerk of Court through the ECF System on this 12th day of September, 2018, which provides service upon the following individuals:

Sherrie E. Voyles
Charles Burns
Jacobs, Burns, Orlove & Hernandez
150 N. Michigan Ave., Suite 1000
Chicago, IL 60601
Phone: (312) 372-1646
Email: svoyles@jbosh.com
Email: cburns@jbosh.com

Ryan N. Parsons,
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Email: rparsons@foley.com

Patrick J. McMahon
Foley & Lardner LLP
321 North Clark Street Suite 2800
Chicago, IL 60654
Phone: (312) 832-4576
Email: pmcmahon@foley.com

/s/ Joseph H. Laverty
Joseph H. Laverty